# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:26-CR-0374-S |
| | § | |
| JOSE ROSARIO RAMIREZ-MULATO (1) | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Guilty Plea [ECF No. 22] and the Waiver of 14-Day Objection Period for Plea Before Magistrate Judge [ECF No. 20], the Court is of the opinion that the Report and Recommendation Concerning Guilty Plea is correct, and it is hereby accepted. Accordingly, the Court accepts the plea of guilty, and Defendant Jose Rosario Ramirez-Mulato is hereby adjudged guilty of Count 1 of the Indictment, that is Illegal Reentry After Removal from the United States, in violation of 8 U.S.C. § 1326(a). The sentence will be imposed in accordance with the Court's scheduling order.

Defendant is ordered to remain in custody.

**SO ORDERED.**

SIGNED September 29, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**